UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00169-D-RJ-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BASILIO RAFAEL GARCIA | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Continue Sentencing. The Court is of the opinion that this motion should be allowed in the interest of justice and without objection from the United States.

IT IS, THEREFORE, ORDERED that sentencing be continued to the December 2024 term of court.

SO ORDERED. This the 29 day of October, 2024.

JAMES C. DEVER III
United States District Judge