UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-00169-D-RJ

UNITED STATES OF AMERICA    )
                              )
          v.               )
                              )       ORDER
                              )
BASILIO RAPHAEL GARCIA    )

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket

Entry 189. The Court is of the opinion that this memorandum should be filed under seal in the

interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under

seal.

This the _**23**_ day of February, 2026.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE