IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-169-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BASILIO RAFAEL GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 198], the court DENIES defendant's motion for return of property [D.E. 195].

SO ORDERED. This 12 day of November, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge